# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4324

_____

Johnnie L. Ruth,                                    *
                                                    *
                    Appellant,                      *
                                                    *    Appeal from the United States
        v.                                          *    District Court for the
                                                    *    Eastern District of Arkansas.
Togo D. West, Jr., Secretary of the                 *
Army,                                               *    [UNPUBLISHED]
                                                    *
                    Appellee.                       *

_____

Submitted: August 4, 1998
Filed: August 10, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Johnnie L. Ruth appeals the district court's[1] adverse grant of summary judgment in this employment discrimination action. We have carefully reviewed the record and the parties' briefs, and conclude that the district court did not err. Accordingly, we affirm the judgment of the district court for the reasons set forth in its opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.